UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BAKHTIYOR KHABIBOV, :
:
    Petitioner, : Civ. No. 15-7566 (KM)
:
v. :
:
OSCAR AVILES, : **MEMORANDUM AND ORDER**
:
    Respondent. :
:

    Petitioner, Bakhtiyor Khabibov, is an immigration detainee currently detained at the Hudson County Correctional Facility in Kearny, New Jersey. He is proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Mr. Khabibov challenges his current immigration detention in his habeas petition.

    Respondent's answer to the habeas petition, which was filed on December 10, 2015, indicated that a custody redetermination hearing before an Immigration Judge was scheduled for December 22, 2015. Before this Court rules on Mr. Khabibov's habeas petition, the respondent will be ordered to provide this Court with a status update of what occurred at that custody redetermination hearing. Respondent's status update shall include any opinions and/or orders that were issued by the Immigration Judge arising out of the December 22, 2015 custody redetermination hearing.

    Accordingly, IT IS this 5th day of January, 2016,

    ORDERED that, within fourteen (14) days after the date of this Order, the respondent shall provide the Court with a status update of petitioner's custody redetermination hearing that was scheduled before an Immigration Judge on December 22, 2015. Respondent's status update

shall include copies of any opinions or orders that were issued by the Immigration Judge arising out of that custody redetermination hearing.

_____
KEVIN MCNULTY
United States District Judge